UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 11-cr-00337-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

KARDAMA MUNI BROWN,

     Defendant.

**ORDER**

     This matter is before the Court upon a review of the file.  It is hereby

     ORDERED that a 2-day jury trial is set for **Monday, October 31, 2011, at 9:00 a.m. in Courtroom A-1002.**  It is

     FURTHER ORDERED that any pretrial motions by Defendant shall be filed on or before **October 10, 2011.**  It is

     FURTHER ORDERED that Counsel shall contact chambers to schedule a hearing on pending motions, if any, and final trial preparation conference, if necessary.

     Dated:  August 31, 2011

                                                BY THE COURT:

                                                s/ Wiley Y. Daniel
                                                Wiley Y. Daniel
                                                Chief United States District Judge