UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00337-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  KARDAMA MUNI BROWN,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      A Notice of Disposition was filed in the above matter on September 29, 2011 [ECF No. 15].  A Change of Plea hearing is set for **Wednesday, November 2, 2011, at 10:00 a.m.**

      **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.**  If the documents are not timely submitted, the hearing will be **VACATED**.  **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

      Dated:  September 29, 2011.